# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162589(67)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                     SC: 162589
                                     COA: 347705

JEFFREY TRAVIS TOENSFELDT,
     Defendant-Appellant.
_____/
                                     Oscoda CC: 17-001523-FC

On order of the Chief Justice, the motion of defendant-appellant to file a supplement to his application for leave to appeal is GRANTED. The supplement will be accepted for filing if submitted on or before August 20, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2021



Clerk